CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 2 0 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Case No. 7:05CR00028 |
| v. | ) | **ORDER** |
| MISSY SMITH, | ) | By: Hon. Glen E. Conrad |
| STACY SMITH, | ) | United States District Judge |
| Defendants. | ) | |

**ORDER**

This case is before the court on the defendants' motions for judgment of acquittal and motions for a new trial. For the reasons stated in an accompanying memorandum opinion, it is hereby

**ORDERED**

that the motions shall be and hereby are **DENIED**.

The Clerk of Court is directed to send certified copies of this order and the attached memorandum opinion to all counsel of record.

ENTER: This 20th day of April, 2007.

_/s/ Glen Conrad_
United States District Judge